**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Royan, Inc.
By:  Kelly G. Black

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Royan, Inc.,<br><br>   Debtor. | No. 2:11-bk-19813-GBN<br><br>Proceedings under Chapter 11<br><br>**Order and Judgment on Application for Final Payment and Compensation of Attorney Fees and Costs (Final Application)**<br><br>Assigned to: Honorable George B. Nielsen, Jr. |

Jackson White, P.C., a professional corporation (hereinafter "Applicant"), counsel for Debtor Royan, Inc., (hereinafter "Debtor-in-Possession"), having filed its Application for Final Payment and Compensation of Attorney Fees and Costs and For Order and Judgment Thereon (Final Application) (hereinafter "Application") (Doc 130) on November 10, 2012; no party having timely objected to same; and for good cause shown:

IT IS THEREFORE ORDERED granting the Application and:

A.     Allowing and approving Applicant's fees for the Application Period totaling $54,545.00, which will be paid in part from any pre-petition retainer currently held in Applicant's trust account and the remainder by Debtor;

B.     Allowing and approving reimbursement to Applicant of $1,391.32 in actual and necessary expenses, which Applicant has incurred and paid during the Application Period in connection with the rendering of such professional services, for a total award of $55,936.32;

1        C.      For a Judgment against Royan, Inc.Royan, Inc. for the total award in the sum of
2 $55,936.32; and
3        D.      Determining that the total interim and final fees and costs awarded in this case
4 constitute reasonable compensation and reimbursement based upon criteria set forth in 11 U.S.C.
5 § 330.
6       SIGNED AND DATED ABOVE.

25782-001